```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JECCA JECCA,

                   Plaintiff,

      -against-

COMMISSIONER OF SOCIAL SECURITY,

                   Defendant.

1:20-cv-5598-GBD-BCM

ORDER OF SERVICE

BARBARA MOSES, United States Magistrate Judge:

      The Court directs the Clerk of Court to issue a summons as to Defendant. The Court notes that although Plaintiff is proceeding *pro se*, she did not request or receive an order authorizing her to proceed *in forma pauperis*. Plaintiff is therefore responsible for serving the summons and complaint, in accordance with Rule 4 of the Federal Rules of Civil Procedure, on the Office of General Counsel of the Social Security Administration (at the address that will be provided in the summons) within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Dated:   April 5, 2021
          New York, New York

                                                 Barbara Moses
                                           United States Magistrate Judge