UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JECCA JECCA,

                Plaintiff,              20 **CIVIL** 5598 (GBD)(BCM)

   -v-                                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Decision and Order dated September 19, 2022, Magistrate Judge Moses' Report and Recommendation is ADOPTED IN FULL. The Commissioner's motion for judgment on the pleadings is DENIED. Plaintiff's motion seeking the same is GRANTED. The case is remanded to the ALJ for further proceedings in accordance with the Order and the Report.

**Dated:**  New York, New York
          September 19, 2022

                                                        **RUBY J. KRAJICK**

                                                        _____
                                                          **Clerk of Court**

                            **BY:**    *K. Mango*

                                                          _____
                                                          **Deputy Clerk**